# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THANE CHARMAN, Individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NP, INC. d/b/a USMTG; RESOURCE MARKETING CORP., LLC,<br><br>Defendant. | Case No.: 21-cv-0302- L-KSC<br><br>**ORDER DENYING MOTION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT [ECF NO. 11.]** |

Pending before the Court is a Joint Motion to Extend Time to Respond to Initial Complaint in which the parties request an extension of time for Defendant to file and serve its response no later than June 24, 2021. [ECF No. 11.]

A court may grant an extension of time under Federal Rule of Civil Procedure 6(b) for good cause. Fed.R.Civ.Proc. 6(b)(1). Here, the parties have not demonstrated good cause for their request for an extension. Accordingly, the Motion is denied for failure to demonstrate good cause.

**IT IS SO ORDERED.**

Dated: June 1, 2021

Hon. M. James Lorenz
United States District Judge