1  **KAZEROUNI LAW GROUP, APC**
2  Abbas Kazerounian, Esq. (249203)
   ak@kazlg.com
3  245 Fischer Avenue, Suite D1
   Costa Mesa, CA 92626
4  Telephone: (800) 400-6808
5  Facsimile: (800) 520-5523

6  **MADAR LAW CORPORATION**
7  Alex S. Madar, Esq. (319745)
   alex@madarlaw.net
8  11510 Eaglesview Ct.
   San Diego, CA 92127
9  Telephone: (858) 299-5879
10 Facsimile: (619) 354-7281

11 [Additional Counsel On Signature Page]

12
13 *Attorneys for Plaintiff,*
   Thane Charman

14

15          **UNITED STATES DISTRICT COURT**
            **SOUTHERN DISTRICT OF CALIFORNIA**
16

| | |
|---|---|
| 17 THANE CHARMAN, Individually and On Behalf of All Others Similarly Situated, | **Case No.:** 3:21-cv-00302-L-KSC |
| 18 | **PLAINTIFF'S NOTICE OF** |
| 19 Plaintiff, | **SETTLEMENT OF CLAIMS** |
| | **AGAINST DEFENDANT NP, INC.** |
| 20 v. | **ON AN INDIVIDUAL BASIS** |
| 21 US MORTGAGE CORPORATION; NP, INC. d/b/a USMTG; and RESOURCE | |
| 22 MARKETING CORP., LLC, | **Judge:** Hon. M. James Lorenz |
| 23 | |
| 24 Defendants. | |

25
26
27
28

Case # 3:21-cv-00302-L-KSC

PLAINTIFF'S NOTICE OF SETTLEMENT OF CLAIMS AGAINST DEFENDANT NP, INC. ON AN
INDIVIDUAL BASIS

**TO THE COURT AND COUNSEL OF RECORD FOR THE PARTES:**

PLEASE TAKE NOTICE that Plaintiff Thane Charman ("Plaintiff") and Defendant NP, Inc. ("NP") have reached a settlement in principle on an individual basis only. Plaintiff anticipates filing a stipulation for dismissal of Plaintiff's claims against NP on or before September 10, 2021.

This notice of settlement does <u>not</u> apply to Plaintiff's claims against the other defendant, Resource Marketing Corp., LLC.[1]

Date: August 11, 2021

Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

By:  *s/ Jason A. Ibey*
      Jason A. Ibey, Esq.
      Jason@kazlg.com
      *Attorneys for Plaintiff*

<u>**ADDITIONAL COUNSEL FOR PLAINTIFFS**</u>
**KAZEROUNI LAW GROUP, APC**
Jason A. Ibey, Esq. (284607)
jason@kazlg.com
321 N Mall Drive, Suite R108
St. George, Utah 84790
Telephone: (800) 400-6800
Facsimile: (800) 520-5523

---

[1] An Early Neutral Evaluation conference is scheduled for August 12, 2021 at 2 pm.

**PLAINTIFF'S NOTICE OF SETTLEMENT OF CLAIMS AGAINST DEFENDANT NP, INC. ON AN INDIVIDUAL BASIS**