UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THANE CHARMAN, Individual And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>NP, INC. D/B/A USMTG; RESOURCE MARKETING CORP., LLC,<br><br>Defendants. | Case No.: 3:21-CV-00302-L-KSC<br><br>ORDER DISMISSING CROSS-CLAIMS<br><br>[ECF No. 34] |
| AND RELATED CROSS-ACTION. | |

Pursuant to Civil Local Rule 7.2(a), the stipulation for dismissal (ECF no. 34) is approved.  The cross-claims filed by Defendant NP, Inc. against Defendant Resource Marketing Corp., LLC are dismissed without prejudice pursuant to

/ / / / /

Federal Rule of Civil Procedure 41(a)(1)(A)(ii), (c).  Each party shall bear its own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated:  September 10, 2021

Hon. M. James Lorenz
United States District Judge