**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (249203)
ak@kazlg.com
245 Fischer Avenue, Suite D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**MADAR LAW CORPORATION**
Alex S. Madar, Esq. (319745)
alex@madarlaw.net
11510 Eaglesview Ct.
San Diego, CA 92127
Telephone: (858) 299-5879
Facsimile: (619) 354-7281

[Additional Counsel On Signature Page]

*Attorneys for Plaintiff,*
Thane Charman

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THANE CHARMAN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>US MORTGAGE CORPORATION; NP, INC. d/b/a USMTG; and RESOURCE MARKETING CORP., LLC,<br><br>Defendants. | **Case No.:** 3:21-cv-00302-L-KSC<br><br>**PLAINTIFF'S NOTICE OF SETTLEMENT OF CLAIMS AGAINST DEFENDANT RESOURCE MARKETING CORP., LLC. ON AN INDIVIDUAL BASIS**<br><br>**Judge:** Hon. M. James Lorenz |

**TO THE COURT AND COUNSEL OF RECORD FOR THE PARTIES:**

PLEASE TAKE NOTICE that Plaintiff Thane Charman ("Plaintiff") and Defendant Resource Marketing Corp., LLC ("RM") have reached a settlement in principle on an individual basis only. Plaintiff anticipates filing a stipulation for dismissal of Plaintiff's claims against RM on or before January 6, 2022.

Date: October 18, 2021

Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

By: *s/ Jason A. Ibey*
    Jason A. Ibey, Esq.
    Jason@kazlg.com
    *Attorneys for Plaintiff*

**ADDITIONAL COUNSEL FOR PLAINTIFFS**
**KAZEROUNI LAW GROUP, APC**
Jason A. Ibey, Esq. (284607)
jason@kazlg.com
321 N Mall Drive, Suite R108
St. George, Utah 84790
Telephone: (800) 400-6800
Facsimile: (800) 520-5523