**KAZEROUNI LAW GROUP, APC**
Jason A. Ibey (SBN: 284607)
jason@kazlg.com
321 N. Mall Drive, Suite R108
St. George, Utah 84790
Telephone:  (800) 400-6808
Facsimile:   (800) 520-5523

Attorneys for Plaintiff
THANE CHARMAN

**[Additional Counsel on Signature Page]**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THANE CHARMAN, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NP, INC. d/b/a USMTG; and RESOURCE MARKETING CORP., LLC,<br><br>Defendants. | Case No. 3:21-CV-00302-L-KSC<br><br>**JOINT MOTION TO DISMISS PLAINTIFF'S CLAIMS AGAINST DEFENDANT NP, INC. PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |
| Defendant NP, INC., dba US MORTGAGE OF CALIFORNIA (erroneously sued and served as NP, Inc. dba USMTG),<br><br>Cross-Claimant,<br><br>v.<br><br>RESOURCE MARKETING CORP., LLC,<br><br>Cross-Defendant. | |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiff Thane Charman ("Plaintiff") and defendant NP, Inc. d/b/a US Mortgage of California (erroneously sued and served as NP, Inc. dba USMTG) ("NP"), through

1

1   their respective counsel, jointly move for dismissal of Plaintiff's individual claims
2   against NP with prejudice and dismissal of the putative class claims without prejudice.
3   Plaintiff and NP shall bear his/its own attorneys' fees and costs.
4       The action remains pending as against defendant Resource Marketing Corp.,
5   LLC.

Dated: October 18, 2021      KAZEROUNI LAW GROUP, APC

By   *s/ Jason A. Ibey*
    JASON A. IBEY

Attorneys for Plaintiff
THANE CHARMAN

Dated: October 18, 2021      FOX ROTHSCHILD LLP

By   *s/ Matthew Follett*
    MATTHEW FOLLETT

Attorneys for Defendant/Cross-Claimant NP, INC., dba US MORTGAGE OF CALIFORNIA (erroneously sued and served as NP, Inc. dba USMTG)

**[Additional Counsel]**

Keith C. Owens (SBN 184841)
kowens@foxrothschild.com
Jeffrey H. Grant
jgrant@foxrothschild.com
Matthew R. Follett (SBN 325481)
mfollett@foxrothschild.com
FOX ROTHSCHILD LLP
10250 Constellation Blvd, Suite 900
Los Angeles, CA 90067
Telephone: (310) 598-4150

28

| | |
|---|---|
| 1 | Facsimile:   (310) 556-9828 |
| 2 | Heather L. Ries (Admitted Pro Hac Vice) |
| 3 | 777 S. Flagler Drive, Suite 1700<br>West Tower |
| 4 | West Palm Beach, FL 33401 |
| 5 | Telephone:   (561) 804-4419<br>Facsimile:   (561) 835-9602 |
| 6 | |
| 7 | Attorneys for Defendant,<br>NP, INC., dba US MORTGAGE OF |
| 8 | CALIFORNIA (erroneously sued and served as |
| 9 | NP, Inc. dba USMTG) |
| 10 | |
| ... | |
| 28 | 3 |

JOINT MOTION TO DISMISS PLAINTIFF'S CLAIMS AGAINST NP, INC.

125572691.1

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Matthew Follett, and that I have obtained Mr. Follett's authorization to affix his electronic signature to this document.

Dated: October 18, 2021

KAZEROUNI LAW GROUP, APC

By  *s/ Jason A. Ibey*
JASON A. IBEY

Attorneys for Plaintiff
THANE CHARMAN