|     |     |     |
| --- | --- | --- |
| 1   |     |     |
| 2   |     |     |
| 3   |     |     |
| 4   |     |     |
| 5   |     |     |
| 6   |     |     |
| 7   |     |     |
| 8   |     |     |
| 9   |     |     |

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| 12 | THANE CHARMAN, individually and on behalf of others similarly situated, | Case No. 21-CV-00302-L-KSC |
| 13 | Plaintiff, | |
| 14 | v. | **ORDER GRANTING JOINT MOTION TO DISMISS PLAINTIFF'S CLAIMS AGAINST DEFENDANT NP, INC. PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |
| 15 | NP, INC. d/b/a USMTG; and RESOURCE MARKETING CORP., LLC, | |
| 16 | | |
| 17 | Defendants. | |
| 18 | | |
| 19 | | |
| 20 | Defendant NP, INC., dba US MORTGAGE OF CALIFORNIA (erroneously sued and served as NP, Inc. dba USMTG), | |
| 21 | | |
| 22 | Cross-Claimant, | |
| 23 | v. | |
| 24 | RESOURCE MARKETING CORP., LLC, | |
| 25 | | |
| 26 | Cross-Defendant. | |
| 27 | | |
| 28 | | |

Having considered the Joint Motion to Dismiss Plaintiff's Claims Against Defendant NP, Inc. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) (the "Joint Motion to Dismiss NP Inc."). filed by Plaintiff Thane Charman ("Plaintiff") and Defendant NP, Inc. d/b/a US Mortgage of California ("NP"), and finding good cause, the Court hereby GRANTS the Joint Motion to Dismiss NP Inc. and ORDERS as follows:

1. Plaintiff's individual claims against NP are dismissed with prejudice and the putative class claims against NP are dismissed without prejudice;
2. Plaintiff and NP shall bear his/its own attorneys' fees and costs.

**IT IS SO ORDERED**.

Dated: October 20, 2021

_____
Hon. M. James Lorenz
United States District Judge