**KAZEROUNI LAW GROUP, APC**
Jason A. Ibey (SBN: 284607)
jason@kazlg.com
321 N. Mall Drive, Suite R108
St. George, Utah 84790
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

Attorneys for Plaintiff
THANE CHARMAN

[Additional Counsel on Signature Page]

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THANE CHARMAN, individually and on behalf of others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NP, INC. d/b/a USMTG; and RESOURCE MARKETING CORP., LLC,<br><br>　　　　　Defendants. | Case No. 3:21-CV-00302-L-KSC<br><br>**JOINT MOTION TO DISMISS PLAINTIFF'S CLAIMS AGAINST DEFENDANT RESOURCE MARKETING CORP., LLC PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |
| Defendant NP, INC., dba US MORTGAGE OF CALIFORNIA (erroneously sued and served as NP, Inc. dba USMTG),<br><br>　　　　　Cross-Claimant,<br><br>　　v.<br><br>RESOURCE MARKETING CORP., LLC,<br><br>　　　　　Cross-Defendant. | |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiff Thane Charman ("Plaintiff") and defendant Resource Marketing Corp., LLC ("Defendant RMC") through their respective counsel, jointly move for dismissal of

1

Plaintiff's individual claims against Defendant RMC with prejudice and dismissal of the putative class claims without prejudice.[1]  Plaintiff and Defendant RMC shall bear his/its own attorneys' fees and costs.

Dated: February 28, 2022         KAZEROUNI LAW GROUP, APC

                                 By  *s/ Jason A. Ibey*
                                 JASON A. IBEY

                                 Attorneys for Plaintiff
                                 THANE CHARMAN

Dated: February 28, 2022         CARLSON & MESSER LLP

                                 By  *s/ David J. Kaminski*
                                 DAVID J. KAMINSKI

                                 Attorney for Defendant
                                 Resource Marketing Corp., LLC

---

[1] Pursuant to the Minute Entry at Dkt. No. 44, the deadline to file this this request for dismissal is March 4, 2022.

## **SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to David J. Kaminski, and that I have obtained Mr. Kaminski's authorization to affix his electronic signature to this document.

Dated: February 28, 2022                                                    s/ Jason A. Ibey
                                                                                          Jason A. Ibey