# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THANE CHARMAN, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NP, INC. d/b/a USMTG; and RESOURCE MARKETING CORP., LLC,<br><br>Defendants. | Case No. 3:21-CV-00302-L-KSC<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS PLAINTIFF'S CLAIMS AGAINST DEFENDANT RESOURCE MARKETING CORP., LLC PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |
| Defendant NP, INC., dba US MORTGAGE OF CALIFORNIA (erroneously sued and served as NP, Inc. dba USMTG),<br><br>Cross-Claimant,<br><br>v.<br><br>RESOURCE MARKETING CORP., LLC,<br><br>Cross-Defendant. | |

Having considered the Joint Motion to Dismiss Plaintiff's Claims Against Defendant Resource Marketing Corp., LLC Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) (the "Joint Motion to Dismiss Resource Marketing") filed by Plaintiff Thane Charman ("Plaintiff") and Defendant Resource Marketing Corp., LLC ("RMC"), and finding good cause, the Court hereby GRANTS the Joint Motion to Dismiss Resource Marketing and ORDERS as follows:

1. Plaintiff's individual claims against Resource Marketing Corp., LLC are dismissed with prejudice and the putative class claims against Resource Marketing Corp., LLC are dismissed without prejudice;

2. Plaintiff and Resource Marketing Corp., LLC shall bear his/its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: March 1, 2022

_____
Hon. M. James Lorenz
United States District Judge